IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTENA DANIELS**                                                 **PLAINTIFF**

v.                               No. 2:25-cv-119-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                       **DEFENDANT**

### ORDER

1. The Court withdraws the reference.

2. The unopposed motion to remand for further administrative proceedings, *Doc. 8*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2025