## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**CHRISTENA DANIELS**                                                   **PLAINTIFF**

**v.**                                   **No. 2:25-cv-119-DPM**

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                      **DEFENDANT**

### JUDGMENT

Daniels's claim is remanded for further administrative review. This is a "sentence four" remand. 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101-02 (1991).

_____
D.P. Marshall Jr.
United States District Judge

_12 September 2025_