IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTENA DANIELS**                                                         **PLAINTIFF**

v.                                       No. 2:25-cv-119-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                              **DEFENDANT**

## ORDER

The Court regrets its delay in addressing the pending request. The parties agree that Daniels is entitled to an award of attorney's fees and stipulate an award of $550.00. *Doc. 11*. But Daniels hasn't submitted an itemized bill from her lawyer for the Court to review. That's required. 28 U.S.C. § 2412(d)(1)(B); *Astrue v. Ratliff*, 560 U.S. 586, 594 (2010). Curative papers due by 23 December 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2025