IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHRISTENA DANIELS**                                                   **PLAINTIFF**

v.                               No. 2:25-cv-119-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                    **DEFENDANT**

### ORDER

Itemized bill, *Doc. 13*, received with thanks. The hours billed and agreed fee are reasonable. Daniels's motion, *Doc. 11*, is therefore granted. The Court awards $550.00 as an attorney's fee. 28 U.S.C. § 2412(d). The check must be made payable to Daniels. And it should be mailed to Daniels's lawyer.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 December 2025